IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30802
_____

CALVIN WHITE,

Plaintiff-Appellant,

versus

ORMET PRIMARY ALUMINUM CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Middle District of Louisiana
(97-CV-1006)
_____

September 7, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

We affirm for essentially the reasons stated by the trial court. An arbitrator has set aside defendant's termination. We, of course, express no opinion on its validity.

AFFIRMED.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.